UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD EUGENE MARTIN,                             Case No. 1:06-CV-893

    Petitioner,                                    Hon. Richard Alan Enslen

v.

WILLIE O. SMITH,

    Respondent.
_____/

## ORDER

    This matter is before the Court on Petitioner's Motion for Bond Pending Appeal.  As the Sixth Circuit has held, to obtain release from prison pending resolution of a habeas petition, the petitioner "must be able to show not only a substantial claim of law based on the facts surrounding the petition but also the existence of 'some circumstance making [the motion for bail] exceptional and deserving of special treatment in the interests of justice.'"  *Dotson v. Clark*, 900 F.2d 77, 79 (6th Cir. 1990); *see also Greenup v. Snyder*, 57 Fed. App. 620, 621 (6th Cir. 2003) (same).  Petitioner has failed to demonstrate entitlement to the requested relief.  Accordingly,

    **IT IS HEREBY ORDERED** that Petitioner's Motion for Bond Pending Appeal (Dkt. No. 4) is **DENIED**.

DATED in Kalamazoo, MI:           /s/ Richard Alan Enslen
           February 2, 2007          RICHARD ALAN ENSLEN
                                             SENIOR UNITED STATES DISTRICT JUDGE